Date signed January 24, 2011



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| RUTH E. ASCENCIO | : | Case No. 10-38549PM |
| | : | Chapter 7 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

### MEMORANDUM TO DEBTOR

By Order entered December 27, 2010, the court denied Debtor's Application for Waiver of the Chapter 7 filing fee and granted her leave to pay in installments. However, the court is informed that Debtor, Ruth E. Ascencio, has failed to pay the first installment of $74.75 that was due 14 days from the date of entry of the Order. Debtor is admonished that the first installment must be paid **no later than January 28, 2011**, and that subsequent installments must be paid in a timely manner. Failing such, the court will dismiss this case.

cc:
Ruth E. Ascencio, 12012 Livingston Street, Silver Spring, MD 20902
Sandy Y. Chang, Esq., 1 Research Court, Suite 140, Rockville, MD 20850
Janet M. Nesse, Trustee, 1150 18th Street, N.W., Suite 800, Washington, DC 20036

**End of Memorandum**